```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 11303
   SHIRELY A MOORER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-8878

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/11/2006 and was confirmed 11/16/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.28%.

     The case was dismissed after confirmation 04/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                   PAID           PAID
--------------------------------------------------------------------------------
AMERICA SERVICING COMPAN  CURRENT MORTG        .00                  .00             .00
ASC                       NOTICE ONLY    NOT FILED                  .00             .00
AMERICA SERVICING COMPAN  MORTGAGE ARRE  35782.67                   .00         6602.04
AMERICA'S SERVICING COMP  UNSECURED      NOT FILED                  .00             .00
AMERICAN DEBT COLLECTION  UNSECURED      NOT FILED                  .00             .00
DEVON FINANCIAL SERVICE   UNSECURED         656.16                  .00             .00
HSBC BANK NEVADA/HSBC CA  UNSECURED         754.73                  .00             .00
ONE CLICK CASH            UNSECURED      NOT FILED                  .00             .00
DISTRICT FINANCIAL SERVI  UNSECURED         623.20                  .00             .00
PPGC                      UNSECURED      NOT FILED                  .00             .00
QUICK PAYDAY LOANS        UNSECURED      NOT FILED                  .00             .00
SONIC PAYDAY LOAN         UNSECURED      NOT FILED                  .00             .00
CAPITAL ONE               UNSECURED        3505.33                  .00             .00
CAPITAL ONE               UNSECURED        2392.08                  .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         907.34                  .00             .00
AMERICA SERVICING COMPAN  NOTICE ONLY    NOT FILED                  .00             .00
*JOYNER LAW OFFICES       ATTORNEY         1850.00                  .00         1850.00
TIMOTHY K LIOU            DEBTOR ATTY       810.00                                810.00
TOM VAUGHN                TRUSTEE                                                 640.96
DEBTOR REFUND             REFUND                                                    .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             9,903.00

PRIORITY                                      .00
SECURED                                  6,602.04
UNSECURED                                     .00
ADMINISTRATIVE                           2,660.00
TRUSTEE COMPENSATION                       640.96

              PAGE   1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 11303 SHIRELY A MOORER
```

```
DEBTOR REFUND                                                        .00
                                        ----------------    ----------------
TOTALS                                         9,903.00           9,903.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 07/24/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE










                              PAGE   2
           CASE NO. 06 B 11303 SHIRELY A MOORER